1
2
3
4
5
6
7

FILED
JUN 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

8        UNITED STATES DISTRICT COURT

9        SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,    ) Criminal Case No. 08CR2166-LAB
                                  )
11 |            Plaintiff,        ) I N F O R M A T I O N
                                  )
12 |       v.                     ) Title 18, U.S.C., Sec. 1001 -
                                  ) False Statement to a Federal
13 | HUMBERTO ALFONS SIXTOS-CALVILLO,) Officer
     aka Humberto Alfonso         )
14 |        Sixtos-Calvillo,      )
                                  )
15 |            Defendant.        )
   |_____ )

16

17    The United States Attorney charges:

18    On or about May 26, 2008, within the Southern District of
19 California, defendant HUMBERTO ALFONS SIXTOS-CALVILLO, aka Humberto
20 Alfonso Sixtos-Calvillo, in a matter within the jurisdiction of the
21 United States Department of Homeland Security, a department and agency
22 of the United States, did knowingly and willfully make false,
23 fictitious and fraudulent statements and representations as to
24 material facts in that he did represent and state to a federal officer
25 that his name was Alberto Gonzalez, whereas in truth and fact, as
26 defendant then and there well knew that statement and

27
28

CEK:jam:San Diego
6/19/08

1  representation was false, fictitious and fraudulent when made; in
2  violation of Title 18, United States Code, Section 1001.
3      DATED: _June 30, 2008_.

                          KAREN P. HEWITT
                          United States Attorney

                          _/s/_ /FH

                          CHARLOTTE E. KAISER
                          Assistant U.S. Attorney